### 43589. DIMMICK v. PULLEN.

EBERHARDT, Judge. Since this appeal involves a suit in equity for the cancellation of a promissory note, as well as for damages, it appears that the matter falls within the jurisdiction of the Supreme Court and the appeal is accordingly transferred to that court.

*Transferred to the Supreme Court. Felton, C. J., and Whitman, J., concur.*

610

ARGUED APRIL 1, 1968—DECIDED APRIL 4, 1968.

*Preston L. Holland,* for appellant.

*Huie & Harland, Terrill A. Parker, Harry L. Cashin,* for appellee.